IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AARON FICHTER, ET AL, | ) | Case No.   8:23cv219 |
| Plaintiffs, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| JUSTIN WIGGENS, | ) | |
| Defendant. | ) | |

Counsel for the plaintiffs notified the court on December 2, 2025, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Exhibits 1-4 from evidentiary hearing held August 12, 2024.

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 2, 2025

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge